**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DILSHOD MUMINOV**, <br><br> *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-03584-JDW** |

**<u>ORDER</u>**

**AND NOW**, this 27th day of May, 2026, upon review of Petitioner Dilshod Muminov's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that, on or before Thursday, May 28, 2026 at 5:00 p.m., Respondents shall:

1. Identify the statutory provision that they contend provides the basis for Mr. Muminov's detention;

2. If the statutory basis for detention is 8 U.S.C. § 1225(b)(2), then advise me whether they oppose Mr. Muminov's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026); and

3. If the statutory basis is something other than 8 U.S.C. § 1225(b)(2), then provide documents related to Mr. Muminov's detention, including but not limited to the

various immigration forms that immigration officers completed throughout their encounters with Mr. Muminov.

It is **FURTHER ORDERED** that Petitioner's counsel shall serve the Petition and this Order on Respondents at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, gregory.david@usdoj.gov, mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and eric.wolfish@usdoj.gov.

**BY THE COURT:**
*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.