**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DILSHOD MUMINOV**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-03584-JDW** |

**ORDER**

**AND NOW**, this 28th day of May, 2026, upon consideration of Petitioner Dilshod Muminov's Petition For Writ Of Habeas Corpus (ECF No. 1) and the Government's Opposition Letter (ECF No. 5), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison*, No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.       Mr. Muminov's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2.       Mr. Muminov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3.      The Government shall **RELEASE** Mr. Muminov from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 5:00 p.m. ET on May 29, 2026;

4.      The Government is temporarily enjoined from re-detaining Mr. Muminov for seven days following his release from custody; and

5.      If the Government chooses to pursue re-detention of Mr. Muminov after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.